**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-6479**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LUIS CENOBIO BARRERA, a/k/a Daniel Munguia Casanova, a/k/a Felipe Molina Garcia,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:18-cr-00268-HMH-1; 6:20-cv-00420-HMH)

_____

Submitted:  May 30, 2023                        Decided:  June 9, 2023

_____

Before GREGORY, Chief Judge, and WYNN and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Luis Cenobio Barrera, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Cenobio Barrera seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Barrera has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Barrera's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*